■ PAULA HEYMANN et al., Appellants, v SHIRLEY MORRISON, Respondent.

It cannot be said that the verdict was not based upon a fair interpretation of the evidence which presented a sharp issue of fact. It was within the province of the jury to determine the credibility of the witnesses, and to refuse to credit the testimony of plaintiffs (*see, Taype v City of New York*, 82 AD2d 648, 650-651, *lv denied* 55 NY2d 608; cf. *Lorenzo v Lubchansky*, 75 AD2d 865).

We have considered plaintiffs' other contentions and find them to be without merit. Titone, J. P., Thompson, Bracken, and Rubin, JJ., concur.